IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL QUILES,                                    CASE NO.: 6:24-cv-001610

        Plaintiff,

vs.

CSX TRANSPORTATION, INC.,

        Defendant,

_____/

## DECLARATION OF JACOB UNDERWOOD

I, Jacob Underwood, declare under 28 U.S.C. § 1746 that I, being of legal age and competent to testify, hereby declare under oath and perjury as follows:

1.     I am over the age of 18 and am employed as CSX Transportation, Inc.'s ("CSXT") Field Investigations Analyst. I am competent to make this affidavit and have personal knowledge of the facts stated herein.

2.     I make this affidavit in connection with Michael Quiles v. CSX Transportation, Inc., Case No.: 6:24-cv-1610 and in accordance with the laws of this Court.

3.     CSXT has a policy to investigate claims of injury involving CSXT in anticipation of litigation. When an individual is injured where CSXT is involved, an incident report is usually prepared and photographs are taken to memorialize the results of the investigation in anticipation of litigation. In addition, statements are generally taken from its employees who may have witnessed the incident. The incident

1

report, any photographs, and any witness statements are then provided to CSXT's counsel to aid in any defense.

4.      These incident reports and photographs are routinely prepared by CSXT employees as part of their standard operating procedures, however, their primary purpose is to assist CSXT's claims department and defense counsel in litigation. When an accident occurs, CSXT routinely faces lawsuits related to such incidents.

5.      The preparation of any reports, photographs, and witness statements are conducted at the direction of CSXT's legal counsel to ensure that they are properly documented for potential legal proceedings.

6.      CSXT's policy governing the preparation of these materials is designed to protect CSXT's legal interests and to comply with the advice and directives of its legal counsel.

7.      I affirm that the statements made in this affidavit are true and correct to the best of my knowledge, information, and belief, and I understand that any false statements made herein are subject to penalties for perjury under the laws of the State of Florida.

I, Jacob Underwood, declare under penalty of perjury that the foregoing is true and correct. Executed this 13 day of January, 2026.

_Jacob Underwood_ (signature)

**Jacob Underwood**

2

**EXHIBIT F**       **2 of 2**